UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM R. ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:11-cv-00293-NT |
| | ) |
| COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed January 20, 2012, the Recommended Decision is AFFIRMED. It is therefore ORDERED that the Commissioner's Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED.

/s/ Nancy Torresen_____
Nancy Torresen
United States District Judge

Dated this 27th day of February, 2012.